

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2022

No. 04-22-00448-CV

Patrick **MINOR**,
Appellant

v.

William **SIMMONS**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI24173
Honorable Cynthia Marie Chapa, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION. We order no costs shall be assessed against appellant, Patrick Minor, because he is indigent.

It is so **ORDERED** on September 14, 2022.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2022.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court